UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERALD LEE QUINN,

    Plaintiff,    Case No. 1:07-cv-1036

v    HON. JANET T. NEFF

MATTHEW KENNEDY, et al.,

    Defendants.
_____/

## JUDGMENT

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendant filed a motion for sanctions.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation, recommending that this Court dismiss this action with prejudice as a discovery sanction under FED. R. CIV. P. 37(b).  The Report and Recommendation was duly served on the parties.  No objections have been filed, see 28 U.S.C. § 636(b)(1), and the Court issues this Judgment pursuant to FED. R. CIV. P. 58.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation (Dkt 46) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Sanctions (Dkt 37) is GRANTED and this case is DISMISSED with prejudice.  FED. R. CIV. P. 37(b).

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Dkt 47) is DENIED as moot.

Date: September 8, 2008       /s/ Janet T. Neff
                                                                                   JANET T. NEFF
                                                                                   United States District Judge